**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | Case No: 25 CR 430 |
| Plaintiff | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| | ) | |
| Emmanuel Gyasi | ) | |
| Defendant | ) | |

**ORDER**

Initial appearance on a removal proceeding held on 7/28/25 as to defendant Emmanuel Gyasi. Attorney Ben Horwitz was appointed to represent the defendant. Jason Yonan appeared on behalf of the Government. Alyssa Flores appeared on behalf of Pretrial Services. The defendant appears in response to the arrest on 7/28/25. The defendant acknowledged receipt of the affidavit. The Government advised the defendant of the charges pending against him and the maximum penalties. The defendant was advised of his rights. The defendant waived both an identity hearing and preliminary examination hearing. The Government and defendant agreed to certain conditions of release. The defendant is to be released on a $4,500.00 unsecured bond. Enter Order Setting Conditions of Release. The defendant was admonished that he is to appear at the U.S. Courthouse at 401 Courthouse Square, Alexandria, Virginia 22314, Courtroom 400 on 8/4/25 at 2:00 p.m. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The defendant is to be released after processing.

(T:00:15)

Date: July 28, 2025

Magistrate Judge Maria Valdez